Anderson County District Clerk
500 N. Church st Rm. 18
Palestine, TX 75801

Feb. 24, 2015

12-14-00332-CV

RE: Clerk's Record

Robert C Morris vs. Sherri Milligan Et AL.

App No. 12-14-000332-CV    T/c No. 349-6270

COURT OF APPEALS
Court of Appeals District
FEB 25 2015
TYLER, TEXAS
CATHI S. LUSK, C.E.

Dear District Clerk,

Upon receiving the Supplement Record and Reviewing once again the Clerk's Record filed and a previous compiled Clerk's Record from August 3, 2010, I have discovered several omissions which need to be Supplemented to the Appellate Record. The following documents are missing:

- Declaration of Inability To Pay Cost (File Marked 1-29-09)
- Certificate of Address of Defaulting Defendants (File Marked 5-6-09)
- LETTER To clerk (File Marked 8.26-09)
- Letter From Inmate To Judge (File Marked 6-28-10)

There also appears to be several Motions To Compel Discovery/Request For Sanctions as well as Letters to Clerk regarding Status of Case To which are missing.

Please Conduct a thorough search of the entire Clerk's Record and provide the Omitted documents to the Clerk of the Court of Appeals immediately. Thank You for your time and assistance in this Matter, it is greatly appreciated.

Sincerely,

Robert C. Morris,
Plaintiff/Appellant Prose
TDCJ # 1311083
Smith Unit • 1313 CR 19
Lamesa, TX 79331

cc: File
/ 12th Court of Appeals
Patrick Brezik